IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-MJ-00237-JFJ |
| GARY SMITH, JR., | |
| Defendant. | |

### ORDER TO WITHDRAW

Before the Court is counsel's Motion to Withdraw (Doc. 3). For good cause shown, the Court finds that the motion should be and is hereby **granted.**

**IT IS THEREFORE ORDERED** that counsel Ben Tonkin, is allowed to withdraw as counsel for plaintiff.

**DATED** this 13th day of April 2022.

_____
CHRISTINE D. LITTLE
UNITED STATES DISTRICT JUDGE

Presented by:
Ben Tonkin
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700