UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America,<br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Gary Lee Smith, Jr,<br>　　　　　　　　　　　　Defendant(s). | Case No.:   22-mj-237-JFJ-1<br>Date:         4/19/2022<br>Court Time:  2:38 - 2:39<br><br>**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING** | |

Christine D. Little, U.S. Magistrate Judge　　　T. Calico, Deputy Clerk　　　Magistrate Courtroom 1

Interpreter: _____　☐ Sworn
Counsel for Plaintiff: John E Brasher /Adam Bailey for
Counsel for Defendant: Angela M Bonilla　　　FPD
Case called for:　　☐ Detention Hearing,　☒ Preliminary Hearing;
~~☐ Defendant appears in~~ Person ~~custody~~ with counsel; out of custody
Defendant waives:　　☒ Preliminary Hearing　☐ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # ____):　☐ granted, ☐ denied, ☐ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____　Bond and Conditions of Release executed;
☐ Defendant detained and remanded to custody of U.S. Marshal,　☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes:
Defendant to remain released on Conditions

Government's Witnesses:　　　　　　　　　　　Defendant's Witnesses:

Government's Exhibits:　　　　　　　　　　　　Defendant's Exhibits: