IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-MJ-00237-JFJ |
| GARY LEE SMITH, JR., | |
| Defendant. | |

## MOTION FOR LEAVE TO DISMISS

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, plaintiff hereby informs the Court that the government filed a Complaint (Dkt #1) on April 11, 2022. The government moves the Court for leave to dismiss the Complaint (Dkt. #2) in the above-styled case without prejudice.

WHEREFORE, premises considered, plaintiff prays that the instant motion be granted, and for all other proper relief.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ John E. Brasher*
John E. Brasher, OBA No. 21613
Assistant United States Attorney
110 West Seventh Street, Suite 300

Tulsa, Oklahoma 74103
(918) 382-2700

## Certificate of Service

I hereby certify that on this 3rd day of May, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

*Attorney for Defendant*

/s/ *John E. Brasher*
John E. Basher
Assistant United States Attorney