IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY LEE SMITH, JR.,

    Defendant.

Case No. 22-MJ-00237-JFJ

### ORDER

Now on this 3rd day of May, 2022, this cause comes on to be heard in the matter of the plaintiff's Motion for Leave to Dismiss, without prejudice, (Dkt. #15) the Complaint (Dkt. #1). The Court finds that said request ought to be granted, and the Complaint against the defendant, is dismissed without prejudice.

IT IS SO ORDERED.

_____
JODI F. JAYNE
UNITED STATES MAGISTRATE JUDGE